1   Law Offices of Bill LaTour
2   Bill LaTour [SBN: 169758]
            11332 Mountain View Ave., Suite C
3           Loma Linda, California 92354
4           Telephone: (909) 796-4560
            Facsimile:  (909) 796-3402
5           E-Mail: Bill.latour@verizon.net
6
7   Attorney for Plaintiff

8                      UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  ELLEN HAMILTON                      )        No.  EDCV 08-444 PLA
11                                      )
        Plaintiff,                      )        ORDER AWARDING EAJA FEES
12      v.                              )
13                                      )
14  MICHAEL J. ASTRUE,                  )
    COMMISSIONER OF SOCIAL              )
15  SECURITY,                           )
16                                      )
        Defendant.                      )
17  _____    )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20
    awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21
    TWO THOUSAND EIGHT HUNDRED FIFTY FIVE DOLLARS and 30/cents
22
    ($2,855.30), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-
23
    referenced Stipulation.
24

25
        DATED:  4/21/09        _____
26
27                             HON. PAUL L. ABRAMS
                               UNITED STATES MAGISTRATE JUDGE
28

                                      -1-